IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Carrie Ann Bell, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 C 50208 |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, Acting | ) | Judge Philip G. Reinhard |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On April 4, 2019, Magistrate Judge Johnston entered a report and recommendation [15] that the Commissioner's motion to dismiss [6] for failure to timely appeal the Appeal Council's decision be granted and that this case be dismissed without prejudice. No objection has been filed and the time for filing objections has passed. The court has reviewed the record and accepts the report and recommendation. The Commissioner's motion to dismiss [6] is granted. This case is dismissed without prejudice. Plaintiff may refile her complaint if the Commissioner, upon request for an extension of time to file a lawsuit past the 60-day deadline, finds good cause to extend that deadline. This case is terminated.

Date: 4/19/2019                    ENTER:

*Philip G. Reinhard*
United States District Court Judge

Electronic Notices. (LC)